1   James M. Barrett, Esq.
    Law Office of James M. Barrett
2   789 Castro Street
    Mt. View, CA 94041
3   PH. 650-969-3687
    FX 650-969-3687
4   Email: Jb@jamesbarrettlaw.com

5   Attorney for Colonial Stock Transfer

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  COLONIAL STOCK TRANSFER                    Case No. 07-04470 MEJ

11                      Plaintiff(s),
        v.
12  GOTTAPLAY INTERACTIVE INC,
    ET AL.
13                      Defendant(s).

14  _____/

15

16       **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

17       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in

18  the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

19  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

20  final judgment.  Appeal from the judgment shall be taken directly to the United States Court of

21  Appeals for the Ninth Circuit.

22  Dated: 8/30/07                          _James M. Barrett_____

23                                          Signature
                                            Counsel for: _Colonial Stock Transfer_
24                                          (Name of party or indicate "pro se")

25

26

27

28

United States District Court
For the Northern District of California