**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                                NORTHERN DISTRICT OF CALIFORNIA

9

10   CAPITAL GROUP COMMUNICATIONS,              No. C07-3632 EMC
     INC.,
11                                              **(Related Case)**
                     Plaintiff
12
          v.
13
     GOTTAPLAY INTERACTIVE, INC., et al.,
14
                     Defendants.
15   _____/

16                                              No. C07-4470 EMC
     COLONIAL STOCK TRANSFER,
17
18                   Plaintiff,                 **CLERK'S NOTICE**

19        v.

20   GOTTAPLAY INTERACTIVE, INC., et al.,

21                   Defendants.
     _____/
22

23

24   TO ALL PARTIES AND COUNSEL OF RECORD:

25        YOU ARE NOTIFIED THAT the Case Management Conference previously set for Case No.

26   C07-4470 MEJ for December 6, 2007 is reset to be heard at the same time as Case No. C07-3632

27   EMC on **October 17, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C,

28   15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management

**United States District Court**

For the Northern District of California

1  Statement shall be filed by October 10, 2007.  **Colonial Stock Transfer is directed to serve**

2  **defendants with a copy of this notice.**

3

4  Dated:  August 31, 2007

FOR THE COURT,
5  Richard W. Wieking, Clerk

6

7

by:  _____
8  Betty Fong
Courtroom Deputy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2