MICHAEL F. DONNER (SBN 155944)
JONATHAN SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:     (415) 981-0550
Facsimile:     (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Defendant
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONIAL STOCK TRANSFER,<br><br>                    Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a<br>Nevada corporation, et al.,<br><br>                    Defendants. | Case No.  C-07-04470 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 10, 2007                    STEIN & LUBIN LLP


By:  /s/ Michael F. Donner
_____
Michael F. Donner
Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC.