```
 1   MICHAEL F. DONNER (SBN 155944)
     JONATHAN E. SOMMER (SBN 209179)
 2   STEIN & LUBIN LLP
     The Transamerica Pyramid
 3   600 Montgomery Street, 14th Floor
     San Francisco, California 94111
 4   Telephone:   (415) 981-0550
     Facsimile:   (415) 981-4343
 5   mdonner@steinlubin.com
     jsommer@steinlubin.com
 6
     Attorneys for Plaintiff
 7   CAPITAL GROUP COMMUNICATIONS,
     INC., a California corporation
 8
     JOHN R. MAYER (SBN 197765)
 9   JOHN R. MAYER, APLC
     2550 5th Avenue, Suite 520
10   San Diego, California 92103
     Telephone:   (619) 794-2651
11   Facsimile:   (619) 794-2653
     john@johnrmayer.com
12
     Attorneys for Defendants
13   GOTTAPLAY INTERACTIVE, INC., a Nevada
     Corporation, JOHN P. GORST, an individual,
14   MARK H. LEVIN, an individual
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C-07-03632-EMC <br><br> **STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM ; ORDER** |
| AND RELATED COUNTERCLAIM. | |

16010002/355054v1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

1       WHEREAS, on August 16, 2007, Defendant Gottaplay Interactive, Inc.
2 ("Gottaplay") filed a Counterclaim ("Counterclaim") against Plaintiff Capital Group
3 Communications, Inc. ("CGC") and CGC's President, Devin Bosch ("Mr. Bosch").

4       WHEREAS, Gottaplay has not yet served a Summons and the Counterclaim on
5 Mr. Bosch;

6       WHEREAS, Gottaplay seeks to avoid the expense and inconvenience of locating
7 Mr. Bosch and serving Mr. Bosch with a Summons and the Counterclaim, and CGC and Mr.
8 Bosch seek to avoid the expense and inconvenience of filing two pleadings in response to the
9 Counterclaim on two separate dates;

10       The parties hereby stipulate that (1) CGC's counsel of record shall accept service
11 of Gottaplay's Summons and Counterclaim on behalf of Mr. Bosch, (2) Mr. Bosch shall early file
12 a pleading in response to the Counterclaim by September 21, 2007 and (3) CGC's deadline to file
13 a pleading in response to the Counterclaim shall be extended until September 21, 2007 pursuant
14 to Local Rule 6-1.

15       IT IS SO STIPULATED.

16 Dated: September 5, 2007       JOHN R. MAYER, APLC

By: _____
John R. Mayer
Attorneys for Defendants
GOTTAPLAY INTERACTIVE, INC., a Nevada
Corporation, JOHN P. GORST, an individual,
MARK H. LEVIN, an individual

21 Dated: September 5, 2007       STEIN & LUBIN LLP

By: _____
Michael E. Donner
Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC.,
a California corporation

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

16010002/355054v1        1        Case No. C-07-03632-EMC

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING