**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAPITAL GROUP COMMUNICATIONS, INC.,

        Plaintiff

    v.

GOTTAPLAY INTERACTIVE, INC., et al.,

        Defendants.

_____/

No. C07-3632 EMC

**(Related Case)**

COLONIAL STOCK TRANSFER,

        Plaintiff,

    v.

GOTTAPLAY INTERACTIVE, INC., et al.,

        Defendants.

_____/

No. C07-4470 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the **Case Management Conference** set for October 17, 2007 at 1:30 p.m. is reset for **October 24, 2007 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Statement shall be filed by October 17, 2007.

///

1    PLEASE FURTHER NOTIFIED THAT **Plaintiff Capital Group's Motion for Preliminary**

2    **Injunction** set for October 17, 2007 at 10:30 a.m. is reset for **October 24, 2007 at 3:00 p.m.**

3    Opposition shall be filed by October 3, 2007.  Reply shall be filed by October 10, 2007.

4

5    Dated:  September 12, 2007

6                                                          FOR THE COURT,
                                                           Richard W. Wieking, Clerk

7

8                                          by:  _____

9                                                          Betty Fong
                                                           Courtroom Deputy

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28