1  JAMES M. BARRETT        SBN 190274
   LAW OFFICE OF JAMES M. BARRETT
2  789 CASTRO STREET
   Mountain View, CA 94041
3  Telephone (650) 969-3687
   Facsimile (650) 969-3699
4
   **Attorney for Plaintiff Colonial Stock Transfer**
5

6                    **UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7
                                        )      **No:   C-07-03632 EMC**
8  **CAPITAL GROUP COMMUNICATIONS** )
                                        )      **(Related Case)**
9        **Plaintiff,**                 )
                                        )  **[PROPOSED] ORDER**
10       **vs.**                        )
                                        )
11 **GOTTAPLAY INTERACTIVE, INC. et al.** )
                                        )
12       **Defendants.**                )
                                        )
13                                      )
                                        )
14

15 **COLONIAL STOCK TRANSFER**              **No: C-07-04470**

16       **Plaintiff,**

17       **vs.**

18 **GOTTAPLAY INTERACTIVE, INC, et al.**

19       **Defendants.**

20 _____/

21                              ORDER

22       Having considered Plaintiff's application to shorten the time for hearing the Motion for

23 Discharge of Stakeholder in interpleader action and finding good cause therefore.

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

     IT IS HEREBY ORDERED that Plaintiff, COLONIAL's Motion for Discharge of

Stakeholder in interpleader action will be heard on _____ provided that this Order is served by

mail and faxed on opposing counsels by 5:00 pm on _____.


Dated: _____                                    _____

                                           United States District Judge

[PROPOSED] ORDER                                                    Case No.: C07-4470