JAMES M. BARRETT     SBN 190274
LAW OFFICE OF JAMES M. BARRETT
789 CASTRO STREET
Mountain View, CA 94041
Telephone (650) 969-3687
Facsimile (650) 969-3699

Attorney for Plaintiff Colonial Stock Transfer

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS | No: C-07-03632 EMC |
| Plaintiff, | (Related Case) |
| vs. | CERTIFICATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTERNING TIME |
| GOTTAPLAY INTERACTIVE, INC. et al. Defendants. | |
| | No: C-07-04470 EMC |
| COLONIAL STOCK TRANSFER | |
| Plaintiff, | |
| vs. | |
| GOTTAPLAY INTERACTIVE, INC. et al. Defendants. | |

I, James M. Barrett, declare:

1. I am counsel of record for Plaintiff (herein "COLONIAL") in the above-captioned action.

2. This certificate is submitted in support of COLONIAL's Ex-Parte Application for an Order Shortening Time submitted herewith to have its Motion for Discharge of Stakeholder in interpleader action heard by this Court on the first available hearing date.

3. COLONIAL is a Transfer Agent, who was holding two million shares, common restricted shares (herein "Disputed Shares") of GottaPlay Interactive, Inc. (herein "GottaPlay") issued by Gottaplay to Capital Group Communications, Inc. (herein "CGC"). The Disputed Shares have been deposited and interplead by COLONIAL by this honorable court's Civil Minutes, dated September, 4, 2007.

4. A hearing before this Court on shortened time is necessary because COLONIAL does not have any interest in the Disputed Shares.

5. COLONIAL has a bona fide fear that if COLONIAL is not dismissed from the dispute between Gottaplay and CGC in Complaint, Case No. C07-3632 EMC, COLONIAL may be exposed to multiple liabilities with respect to Disputed Sharess because of conflicting claims of Defendants.

6. The relative merit of the claims by Gottaplay and CGC in Case No.C07-3632 EMC are not relevant to this case which is an interpleader action by COLONIAL who is holding the Disputed Shares and seeks to interplead these Disputed Shares, so that the Shares can be adjudged and can be properly disbursed.

7. I have spoken with counsels for both Gottaplay and CGC and advised them of my decision to request shortened time for the hearing of the Motion for Discharge of Stakeholder in interpleader action. Opposing Counsel for Gottplay has agreed and Opposing Counsel for CGC has agreed to a hearing of this matter on shortened time

8. Attached is a proposed order granting the application. On behalf of COLONIAL, I respectfully request the Court to set the following briefing and hearing schedule:_____. in Courtroom C before the Honorable Magistrate Edward M. Chen.

9. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

Dated: September 17, 2007                    **The Law Office of JAMES M. BARRETT**

    **/s/ James M. Barrett**
**JAMES M. BARRETT**
**Attorney for Plaintiff Colonial Stock Transfer**