JAMES M. BARRETT     SBN 190274
LAW OFFICE OF JAMES M. BARRETT
789 CASTRO STREET
Mountain View, CA 94041
Telephone (650) 969-3687
Facsimile (650) 969-3699

Attorney for Plaintiff Colonial Stock Transfer

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL STOCK TRANSFER<br><br>Plaintiff,<br><br>vs.<br><br>GOTTAPLAY INTERACTIVE, INC. et al.<br><br>Defendants. | No: C-07-03632-EMC<br><br>(Related Case)<br><br>**MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION**<br><br>Date:<br>Time:<br>Courtroom: |
| COLONIAL STOCK TRANSFER<br><br>Plaintiff,<br><br>vs.<br><br>GOTTAPLAY INTERACTIVE, INC. et al.<br><br>Defendants | No: C-07-04470 EMC |

Plaintiff, Colonial Stock Transfer ("COLONIAL"), in the above-entitled interpleader action moves this Court as follows:

That pursuant to 28 U.S.C. Section 2361, COLONIAL be discharged from further liability to any or all of the defendants named herein under the allegations of the complaint, and

COLONIAL MOTION FOR DISCHARGE                                                                                      1

1  further, that COLONIAL be discharged and relieved of further responsibility in said action and
2  that defendants be permanently enjoined from the further assertion of claims relating to two
3  million shares except by interpleader and assertion of such claims in this action.
4     WHEREFORE, COLONIAL prays that its Motion for Discharge be granted
5  **DATE: September 17, 2007**          **Law Office of JAMES M. BARRETT**
6
7           /s/ James M. Barrett
           **JAMES M. BARRETT**
8          **Attorney for Plaintiff Colonial Stock Transfer**