MICHAEL F. DONNER (SBN 155944)
JONATHAN E. SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Defendant
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONIAL STOCK TRANSFER,<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation, and CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>Defendants. | Case No. C-07-04470 EMC<br><br>**DECLARATION OF MICHAEL DONNER IN SUPPORT OF CAPITAL GROUP'S OPPOSITION TO COLONIAL'S MOTION TO SHORTEN TIME** |

1.       I am an attorney duly licensed to practice law in this Court and all of the Courts in the State of California and a partner at Stein & Lubin LLP, counsel of record for defendant Capital Group Communications, Inc. ("Capital Group") in this matter. I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could and would testify competently to them.

2.       On September 12, 2007, I spoke by telephone with James Barrett, counsel for plaintiff Colonial Stock Transfer ("Colonial"). Mr. Barrett told me during that telephone call that he intended to file some sort of ex parte application to shorten time regarding a motion to discharge Colonial from some measure of liability related to the 2,000,000 shares it previously

had interpleaded in this action. I requested that, as a matter of courtesy, he not file the application until my colleague, Jonathan Sommer, was back in the office during the week of September 17. Mr. Barrett agreed.

3. I never agreed to hear a motion to discharge on shortened time. We never discussed any amount of time by which the briefing or hearing for such a motion would be shortened, nor did we discuss what relief the motion would seek in any meaningful way (beyond the simple fact that it would be a motion to discharge Colonial). In fact, during our conversation I told Mr. Barrett that I thought his proposed motion to discharge would be wasteful given that (a) Colonial could not avoid all liability and (b) Capital Group intended to bring Colonial into the related action, *Case No. C-07-3632, Capital Group Communications, Inc. v. Gottaplay Interactive, Inc., et al.*, as a defendant based on multiple claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2007.

/s/ Michael F. Donner
Michael F. Donner