| | |
|---|---|
| 1 | MICHAEL F. DONNER (SBN 155944) |
|   | JONATHAN SOMMER (SBN 209179) |
| 2 | STEIN & LUBIN LLP |
|   | The Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone:   (415) 981-0550 |
|   | Facsimile:   (415) 981-4343 |
| 5 | mdonner@steinlubin.com |
|   | jsommer@steinlubin.com |

Attorneys for Defendant
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONIAL STOCK TRANSFER, | Case No. C-07-04470 EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING COLONIAL'S MOTION TO SHORTEN TIME REGARDING MOTION FOR DISCHARGE OF COLONIAL** |
| GOTTAPLAY INTERACTIVE, INC., a Nevada corporation, and CAPITAL GROUP COMMUNICATIONS, INC., a California corporation, | |
| Defendants. | |

1       Having reviewed Colonial Stock Transfer's Ex Parte Application for Order Shortening Time (the "Application") and Motion for Discharge of Stakeholder in Interpleader Action (the "Motion"), the Court finds that:

      1.    Good cause exists to strike the Application and Motion as they do not comply with Local Rules 6 and 7; and

      2.    Colonial Stock Transfer has not supported its Application or Motion with any showing of good cause.

      The Court hereby DENIES the Application and Motion and further ORDERS that any currently pending briefing and/or hearing dates related to the Application and/or Motion are VACATED.

DATED: _____    _____
                                            HON. EDWARD M. CHEN
                                            U.S. MAGISTRATE JUDGE