# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CAPITAL GROUP
COMMUNICATIONS, INC.,
                   Plaintiff(s),

              v.

GOTTAPLAY INTERACTIVE, INC., et
al.
                   Defendant(s).

Case No. C07-3632 EMC
Related Case No. C07-4470 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/26/07

Dated: 9/26/02

_____
[Party]

_____
[Counsel]