MICHAEL F. DONNER (SBN 155944)
JONATHAN SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Defendant
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLONIAL STOCK TRANSFER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation, and CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>　　　　　Defendants. | Case No. C-07-4470 EMC<br><br>Related Case No. C-07-3632 EMC<br><br>**[PROPOSED] ORDER GRANTING CAPITAL GROUP'S CROSS-MOTION TO DISMISS INTERPLEADER ACTION** |

16010002/356838v1

Case No. C-07-4470 EMC

[PROPOSED] ORDER GRANTING CAPITAL GROUP'S CROSS-MOTION TO DISMISS INTERPLEADER ACTION

1  The cross-motion of defendant Capital Group Communications, Inc. ("Capital Group") to dismiss the above-referenced interpleader action filed by plaintiff Colonial Stock Transfer ("Colonial") for lack of subject matter jurisdiction and failure to state a claim (the "Cross-Motion") came on regularly for hearing before Judge Edward M. Chen.  All parties were duly represented by counsel.  After considering all briefing submitted by the parties, all supporting papers, any related papers or records filed in this action, all argument of counsel, and good cause appearing, the Court GRANTS the Cross-Motion and ORDERS as follows:

1.  The complaint filed by Colonial is hereby DISMISSED WITHOUT PREJUDICE.

2.  The Clerk shall return to Capital Group its stock certificate, Stock Certificate No. 1064, which is currently deposited in the Court's registry in connection with this action.

IT IS SO ORDERED.

DATED: _____

HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

16010002/356838v1                                1                                Case No. C-07-4470 EMC

[PROPOSED] ORDER GRANTING CAPITAL GROUP'S CROSS-MOTION TO DISMISS INTERPLEADER ACTION