John R. Mayer (#197765)
JOHN R. MAYER, APLC
2550 Fifth Avenue, Suite 520
San Diego, California 92103
Phone: (619) 794-2651
Fax: (619) 794-2653

Attorneys for Defendant Gottaplay Interactive, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLONIAL STOCK TRANSFER,<br><br>     Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC. a Nevada corporation; CAPITAL GROUP COMMUNICATIONS, INC., a California Corporation; and DOES 1 through 50,<br><br>     Defendants. | CASE NO.: C-07-4470-EMC<br><br>Related Case: C-07-03632-EMC<br><br>**ANSWER TO COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF** |

Defendant Gottaplay Interactive, Inc. ("Gottaplay"), by and through its undersigned attorneys, answer the allegations of the Complaint for Interpleader and Declaratory Relief (the "Complaint") filed by Plaintiff Colonial Stock Transfer ("Colonial") as follows:

**THE PARTIES**

1.   Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 1 of the Complaint.

2.   With respect to the allegations of Paragraph 2 of the Complaint, Gottaplay admits that it is a corporation duly organized and existing under the laws of the State of Nevada with its principal place of business in Grig Harbor, Washington. Gottaplay denies the remaining allegations of Paragraph 2 of the Complaint.

3. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint.

4. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint.

5. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint.

## JURISDICTION

6. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint.

7. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint.

## GENERAL ALLEGATIONS

8. Gottaplay admits the allegations of Paragraph 8 of the Complaint.

9. Gottaplay admits the allegations of Paragraph 9 of the Complaint.

10. With respect to the allegations of Paragraph 10 of the Complaint, Gottaplay admits.that Colonial is Gottaplay's stock transfer agent. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations of Paragraph 10 of the Complaint.

11. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint.

12. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 12 of the Complaint.

13. Gottaplay admits the allegations of Paragraph 13 of the Complaint.

14. With respect to the allegations of Paragraph 14 of the Complaint,Gottaplay admits that it is asserting a right to the Disputed Shares. Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegation that CGC is demanding that Colonial complete the transfer of the Disputed Shares to CGC, apart from the statements made by CGC in its pleadings in this matter. Gottaplay admits that it has filed an Answer and Counterclaim and prayed

for injunction on any kind of transaction with regard to the Disputed Shares.  Gottaplay alleges that it has also asserted its right to the Disputed Shares to Colonial directly, in its Answer and Counterclaim in the related action, and in its opposition to CGC's motion for preliminary injunction in the related matter.

## CLAIM FOR RELIEF

### (Interpleader)

15.   Gottaplay restates and incorporates herein its responses to the preceding Paragraphs 1 through 14 of this Answer.

16.   Gottaplay admits the allegations of Paragraph 16 of the Complaint.

17.   Gottaplay lacks sufficient knowledge and information to form a belief as to the truth of the allegations of Paragraph 17 of the Complaint.

18.   With respect to the allegations of Paragraph 18 of the Complaint, Gottaplay admits that Colonial held the Disputed Shares and seeks to interplead the Disputed Shares.  Gottaplay admits that Colonial has now filed said shares with the Registry of this Court in the form of the original stock certificate no. 1064 representing the 2,000,000 shares of Gottaplay stock.

## PRAYER FOR RELIEF

WHEREFORE, Gottaplay prays for relief as follows:

1. That Gottaplay be determined the rightful owner of all of the Disputed Shares;
2. That Colonial be discharged from any and all liability with regard to the claims to the interpleaded Disputed Shares; and
3. For such other and further relief as the Court may deem just and proper.

JOHN R. MAYER, APLC

Dated: October 5, 2007        By: _____
                                                     John R. Mayer,
                                                     Attorneys for Defendant Gottaplay Interactive, Inc.

3

ANSWER TO COMPLAINT FOR INTERPLEADER                                                                    C-07-4470