**JAMES M. BARRETT      SBN 190274**
**LAW OFFICE OF JAMES M. BARRETT**
**789 CASTRO STREET**
**Mountain View, CA 94041**
**Telephone (650) 969-3687**
**Facsimile (650) 969-3699**
**Attorney for Plaintiff Colonial Stock Transfer**

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLONIAL STOCK TRANSFER**<br><br>　　Plaintiff,<br><br>　　vs.<br><br>**GOTTAPLAY INTERACTIVE, INC. et al.**<br><br>　　Defendants. | No:   C-07-04470  EMC<br><br>Related Case No: C-07-03632 EMC<br><br>[PROPOSED] ORDER |

Having considered all pleadings, documents, supporting papers produced and filed with this Court including the Motion to Discharge, and Cross-Motion to Dismiss, and all arguments of counsel, and good cause appearing, the Court Grants the Motion of Plaintiff Colonial Stock Transfer and Orders as follows:

　　1.　　That Plaintiff Colonial is a disinterested stakeholder and subsequently deny Defendant Capital Group's request for dismissal of Plaintiff's Interpleader action.

　　2.　　That Plaintiff Colonial Stock Transfer be discharged from the Interpleader action

　　3.　　That the Clerk of the Court retains possession of Stock Certificate 1064 until such time as Case C07-3632 is fully adjudicated, resolved or settled.

　　IT IS HEREBY ORDERED.

Dated: _____                              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER                                                          Case No.: C07-04470

1