Capital Group Communications

## Donna Webster

**From:** Carroll Benton [cbenton@gotaplay.com]
**Sent:** Monday, May 14, 2007 3:41 PM
**To:** donna@colonialstock.com
**Cc:** Bill Schmechel
**Subject:** Capital Group Communications

Donna

Please put a stop order on Certificate #1064 in the amount of 2,000,000 shares. We are in the process of serving them notice and wish to have the shares back.

Sincerely,

Carroll


M. Carroll Benton

Chief Financial Officer

Gottaplay Interactive, Inc.

V. 253-310-5455

F. 800-891-4792

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If the reader of this message is not the intended recipient, you are hereby notified that your access is unauthorized, and any review, dissemination, distribution or copying of this message including any attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the material from any computer.



EXHIBIT A

5/14/2007