

July 27, 2007

Colonial Stock Transfer

Attn: Kathy Carter

**CORPORATE FILE**

This letter is to inform you that from now on the only opinion that will be accepted for 144 and 144K stock legend lifting, will be that or our counsel, de Castro, P.C. Anyone requesting instructions should be directed to myself.

If you have any questions regarding thee above, please let me know.

Sincerely,

*Carroll Benton*

M. Carroll Benton
Secretary/Treasurer

3226 Rosedale Street, Suite #200
Gig Harbor WA 98335
253.853.4145                    FAX: 800.891.4792

EXHIBIT
B