AUG. 14. 2007  3:47PM    WTFCorp San Diego                      N72295096033  NO. 6567   P. 9

71004188


**WORLD TRADE FINANCIAL CORPORATION**

2010 Hancock Street
San Diego, CA 92110
(619) 325-2620
(619) 325-2630 (fax)
info@worldtradefinancial.com

8/9/07                    **Brokers Letter**

Dear Sirs:

Our client, __COMMUNICATIONS, INC.__ has requested that we execute for his/her account the sale of __311,011__ shares of __GOTTAPLAY INTERACTIVE, INC.__ common stock pursuant to Rule 144 of the Securities and Exchange Commission. We have reviewed (a) Form 144, a copy of which is attached and three (3) executed copies of which have been transmitted by either this firm or our client to the Securities and Exchange Commission for filing, and (b) your seller's representation letter, a copy of which is also attached, and we advise you:

1. We will do no more than execute the order to sell the shares, as agent; for our client and, in connection with such sales, we will receive no more than the usual and customary broker's commission.

2. We have not solicited or arranged for the solicitation of, and we will not solicit or arrange for the solicitation of customers' orders to buy the shares in anticipation of or in connection with the sale of the shares; provided, however, that the foregoing shall not preclude (1) inquiries of other brokers or dealers who have indicated an interest in shares of __GOTTAPLAY INTERACTIVE, INC.__ common stock within the preceding 60 days, (2) inquiries of our customers who have indicated an unsolicited bona fide interest in the securities within the preceding 10 business days; or (3) the publication by us of bid and ask quotations for the security in an inter-dealer quotation system provided that such quotations are incident to the maintenance of a bona fide inter-dealer market for the shares for our own account and that we have published bona fide bid and ask quotations for the shares in an inter-dealer quotation system on each of at least 12 days within the preceding thirty calendar days and with no more than 4 business days in succession without such two-way quotations.

3. After reasonable inquiry, we are not aware of circumstances indicating that our client is an underwriter with respect to the shares to be sold or that the sale of such shares is part of a distribution of securities of __GOTTAPLAY INTERACTIVE, INC.__

Sincerely,

JASON ADAMS 8/9/07
World Trade Financial Corporation

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
PENSON FINANCIAL SERVICES, INC.
AUTHORIZED SIGNATURE
X9003671
(20) SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

EXHIBIT C