AUG. 14. 2007  3:47PM    WTFCorp San Diego                     NO. 6567   P. 8
08/10/2007  06:42    4153327201           CAPITAL GROUP CUMUC  N72295 096034       PAGE  05/05
    AUG. 9. 2007  2:54PM    WTFCorp San Diego                  NO. 6525   P. 4

71004188

## Sellers Letter

Date: 8/9/07

To whom it may concern:

I propose to sell 311,011 shares of GOTTAPLAY INTERACTIVE, INC. to or through World Trade Financial Corporation in accordance with the requirements of Rule 144 under the Securities Act of 1933. In this regard, I deliver to each of you herewith a signed copy of Form 144 relating to such sale and confirm to each of you that the statements made therein are true and complete, and represent to and agree with each of that:

1. I do not know nor have any reason to believe that the company has not complied with the reporting requirements contained in Rule 144 (c) (1).

2. At the time of the sale of these shares for my account, the aggregate number of shares in the company's stock sold by me or for my account and by or for the account of any person whose sales are required by paragraph (a) (2) and paragraph (e) (3) of Rule 144 to be aggregated with sales by me or for me during the preceding three months will not exceed the greater of 1% of the outstanding shares of the company's common stock, as shown by the most recent report or statement issued by the company, or the average weekly reported volume of trading in the company's common stock on the consolidated tape and/or reported through the automated quotation system during the four calendar weeks preceding the filing of the above mentioned Form 144 with the Securities and Exchange Commission.

3. I have not solicited nor arranged the solicitation of, and will not solicit nor arrange for solicitation of orders to buy the stock in anticipation of or in connection with such proposed sale.

4. I have not made and will not make any payment in connection with the offering or sale to any person other than World Trade Financial Corporation.

5. Concurrently with the placing with World Trade Financial Corporation of an order to sell the stock, I will transmit or cause to be transmitted to the Securities and Exchange Commission one (1) original, signed Form 144 and two (2) copies, and where applicable, one (1) copy to the Exchange where listed.

6. It is my bona fide intention to sell the stock within a reasonable time after transmittal of the Form 144 referred to in paragraph (5).

7. I do not presently intend to sell additional shares of the company's common stock through any means except as permitted by Rule 144.

8. I agree to notify you immediately of any development or occurrence which to my knowledge would render any of the foregoing representations and agreements inaccurate.

Sincerely,

[signature]

Signature of Seller
DEVIN BOSCH - SOLE SIGNER

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
PENSON FINANCIAL SERVICES, INC.

(20)                          AUTHORIZED SIGNATURE
                              X0003671
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

EXHIBIT D