# FORM 144

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## NOTICE OF PROPOSED SALE OF SECURITIES PURSUANT TO RULE 144 UNDER THE SECURITIES ACT OF 1933

**ATTENTION:** Transmit for filing 3 copies of this form concurrently with either placing an order with a broker to execute sale or executing a sale directly with a market maker.

OMB APPROVAL
OMB Number: 3235-0101
Expires: December 31, 2009
Estimated average burden hours per response: 2.00

SEC USE ONLY
DOCUMENT SEQUENCE NO.
CUSIP NUMBER
WORK LOCATION

1. (a) NAME OF ISSUER (Please type or print): **GOTTAPLAY INTERACTIVE, INC.**
   (b) IRS IDENT. NO.: 20-1645637
   (c) S.E.C. FILE NO.: 33-20783-D
   (d) ADDRESS OF ISSUER STREET: 3226 ROSEDALE STREET, SUITE #200
   CITY: GIG HARBOR   STATE: WA   ZIP CODE: 98335
   (e) TELEPHONE NO.: (253) 853-4145

2. (a) NAME OF PERSON FOR WHOSE ACCOUNT THE SECURITIES ARE TO BE SOLD: CAPITAL GROUP COMMUNICATIONS, INC.
   (b) IRS IDENT. NO.: 20-1936061
   (c) RELATIONSHIP TO ISSUER: Shareholder
   (d) ADDRESS STREET: 1750 Bridgeway, Suite #A200   CITY: Sausalito   STATE: CA   ZIP CODE: 94965

**INSTRUCTION:** The person filing this notice should contact the issuer to obtain the I.R.S. Identification Number and the S.E.C. File Number.

3. (a)

| Title of the Class of Securities To Be Sold | Name and Address of Each Broker Through Whom the Securities are to be Offered or Each Market Maker who is Acquiring the Securities | SEC USE ONLY Broker-Dealer File Number | Number of Shares or Other Units To Be Sold (See Instr. 3(a)) | Aggregate Market Value (See Instr. 3(b)) | Number of Shares or Other Units Outstanding (See Instr. 3(c)) | Approximate Date of Sale (See Instr. 3(d)) (MO. DAY YR.) | Name of Each Securities Exchange (See Instr. 3(e)) |
|---|---|---|---|---|---|---|---|
| COMMON | World Trade Financial Corporation 2010 Hancock Street, Second Floor San Diego, California 92110 | | 311,011 | $208,378 | 31,101,170 | 8/21/07 | OTC |

**INSTRUCTIONS:**
1. (a) Name of issuer
   (b) Issuer's I.R.S. Identification Number
   (c) Issuer's S.E.C. file number, if any
   (d) Issuer's address, including zip code
   (e) Issuer's telephone number, including area code
2. (a) Name of person for whose account the securities are to be sold
   (b) Such person's I.R.S. identification number, if such person is an entity
   (c) Such person's relationship to the issuer (e.g., officer, director, 10% stockholder, or member of immediate family of any of the foregoing)
   (d) Such person's address, including zip code
3. (a) Title of the class of securities to be sold
   (b) Name and address of each broker through whom the securities are intended to be sold
   (c) Number of shares or other units to be sold (if debt securities, give the aggregate face amount)
   (d) Aggregate market value of the securities to be sold as of a specified date within 10 days prior to the filing of this notice
   (e) Number of shares or other units of the class outstanding, or if debt securities the face amount thereof outstanding, as shown by the most recent report or statement published by the issuer
   (f) Approximate date on which the securities are to be sold
   (g) Name of each securities exchange, if any, on which the securities are intended to be sold

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1147 (01-07)

EXHIBIT F