A subsidiary of
The Depository Trust & Clearing Corporation

**SHIPMENT CONTROL LIST**

STS ID-7229607000112  PG 01
STOCK
ISSUE DATE  / /

Copy 1 - RETAINED BY T.A.
RDS DEP - REG  2900920

PLA

| LINE I.D. | DTC USE | PARTICIPANT | QUANTITY | VALUE | RGN ACY | CKD |
|---|---|---|---|---|---|---|
| | TRANSFER AGENT NAME | CUSIP NUMBER | DATE | T.A. NO. | | |
| | COLONIAL STOCK TRANS OUT | 38349D-10-1 | 08/17/07 | 2847 | DEP. | 1 |
| 1 | 607 | 234 | 311,011.00000 | 311,011 | | |
| 1X | 1111 SCL TOTALS PRESENTED | | 311,011.00000 | $311,011 | | |
| | REJECTED | ACCEPTED | | | | |

*** BONDS ARE NOW REPORTED IN UNITS OF A DOLLAR (1=$1) ***

RESTRICTED SECURITIES DO NOT REJECT

08/17/07

TRANSFER AGENT: ALL MAILED TRANSFERS SHOULD BE RETURNED WITH COPY #3 OF THIS FORM TO THE DEPOSITORY TRUST COMPANY, P.O. BOX 222, BOWLING GREEN STATION, NEW YORK, N.Y. 10274. THE POSSESSION OF THIS DOCUMENT SHALL BE DEEMED TO BE AN ACKNOWLEDGMENT OF THE RECEIPT BY THE DEPOSITORY TRUST COMPANY OF THE SECURITIES DESCRIBED ABOVE. INQUIRIES - CALL 1-212-855-8694

| CUSIP NUMBER | SECURITY DESCRIPTION | SCL. NO. | TOTAL |
|---|---|---|---|
| 38349D-10-1 | GOTTAPLAY INTERACT*+ | 7229607000112 | 311011.00000 |

0722930002?

M00270740

**INSTRUCTIONS**
Write Firmly and Legibly:
1. CALCULATE FEES DUE YOU.
2. FILL IN ATTACHED DRAFT-DOLLAR AMOUNT IN WORDS AND FIGURES, AND ALSO NUMBER OF CHARGEABLE CERTIFICATES ISSUED AND CANCELLED.
3. DETACH AND PRESENT FOR PAYMENT.

THE DEPOSITORY TRUST COMPANY
55 WATER STREET NEW YORK, NEW YORK 10041-0099

62-22 / 311

DRAFT NO. M00270740

PAY TO THE ORDER OF

V O I D - SEE LAST PAGE   V O I D - SEE LAST PAGE   V [AMOUNT IN FIGURES] $
V O I D - SEE LAST PAGE   V O I D - SEE LAST PAGE   V O I D
V O I D - SEE LAST PAGE   V O I D - SEE LAST PAGE

IF FEE EXCEEDS $1,000 CALL
TRANSFER OPERATIONS DEPT.
(212) 855-5043
THE BANK WILL NOT HONOR CHECKS
IN EXCESS OF $1,000

DOLLARS (IN WORDS)

**EXHIBIT G**