**WILLIAM M. AUL**
ATTORNEY AT LAW
7676 HAZARD CENTER DRIVE
SUITE 500
SAN DIEGO, CALIFORNIA 92108

TELEPHONE (619) 497-2555
FAX (619) 542-0555



August 14, 2007
*Remitted Via Federal Express*

Ms. Kathy G. Carter
Colonial Stock Transfer
66 Exchange Place, Suite 100
Salt Lake City, Utah 84111

    RE:    **Demand for Transfer of Shares by
Capital Group Communications, Inc.;
Stock Issued by Gottaplay Interactive, Inc.;
Application of Article 8, Utah Uniform Commercial Code;
& Reference to Opinion Letter of August 14, 2007**

Dear Ms. Carter:

    Accompanying this letter is my opinion letter of August 14, 2007 (the "Opinion Letter") submitted to you on behalf of my client, Capital Group Communications, Inc. (the "Seller") opining to the public re-sale of 311,011 shares of the common stock (par value $0.001) issued to it by Gottaplay Interactive, Inc., a Nevada corporation (the "Company"). I understand that you have received Stock Certificate Number 1064 which represents 2,000,000 shares of the Company's common stock as registered in the name of the Seller (the "Subject Shares") and from which the 311,011 shares are to be sold (the "Rule 144 Subject Shares")

    In that connection, please allow this letter to serve as my client's immediate and unconditional demand that you accept the opinion and instructions set forth in the Opinion Letter in accordance with the Securities Act of 1933 and the requirements of Article 8 of the Utah Uniform Commercial Code (the "Utah Code"). Accompanying the Opinion Letter was a duly executed irrevocable stock transfer power as executed under Medallion Guarantee together with a duly executed corporate resolution of the Seller's Board of Directors (dated July 26, 2007) authorizing Devin Bosch, as President, Treasurer, and Secretary of the Seller to sell and/or transfer the Subject Shares for and behalf of the Seller.

    Under 70A-8-401(1) of the Utah Code, if a certificated security in registered form is presented to an issuer with a request to register a transfer, the issuer is obligated to register the transfer where the transfer is rightful.

    Since your firm is the Company's stock transfer agent (the agent of the issuer) and you hold copies of the Company's original instructions instructing you to issue the Subject Shares, you are aware that my client acquired the Subject Shares based upon those instructions.

EXHIBIT
H