**WILLIAM M. AUL**
ATTORNEY AT LAW
7676 HAZARD CENTER DRIVE
SUITE 500
SAN DIEGO, CALIFORNIA 92108

TELEPHONE (619) 497-2555
FAX (619) 542-0555



August 14, 2007
*Remitted Via Federal Express*

Ms. Kathy G. Carter
Colonial Stock Transfer
66 Exchange Place, Suite 100
Salt Lake City, Utah 84111

RE: **Gottaplay Interactive, Inc.;**
**R/N/O - Capital Group Communications, Inc.;**
**Certificate Nos. 1064 (2,000,000 Shares);**
**Public Re-Sale of Restricted Stock; Opinion;**
**Application of Rule 144;** *Securities Act of 1933*

Dear Ms. Carter:

The undersigned is counsel to Capital Group Communications, Inc. (the "Seller") which holds shares of the common stock (par value $0.001) of Gottaplay Interactive, Inc., a Nevada corporation (the "Company"). The Seller seeks to effect a proposed public resale of certain of these shares.

I hereby offer my opinion with respect to the request of the Seller to transfer and to have the restrictive legend removed from 311,011 shares (the "Shares") of the Company's Common Stock held and owned by the Seller as represented by stock certificate number 1064 (which represents 2,000,000 shares).

The public resale of 311,011 Shares is to be without registration under the *Securities Act of 1933* (the "1933 Act") in reliance upon the exemption therefrom contained in Section 4(1) of that Act and Rule 144 promulgated by the Securities and Exchange Commission (the "Commission") thereunder.

*Review of Underlying Facts*

The Seller has provided me with documents giving assurances that it acquired the Shares from the Company on July 25, 2006 as compensation for services rendered pursuant to an agreement between the Company and the Seller. I also understand that the Seller has held the Shares continuously since the Shares were acquired and the stock certificate number 1064 bears a restricted securities legend in accordance with the Securities Act of 1933 (the "1933 Act"). As a result I am of the decided opinion that the Shares were fully paid for, validly issued, and are non-assessable.

EXHIBIT I