AUG. 14, 2007  3:46PM    WTFCorp San Diego          N72295096028  NO. 6567  P. 4
07/26/2007  11:01    4153327201
JUL. 26, 2007 11:29AM    WTFCorp San Diego       CAPITAL GROUP COMMUC          PAGE  03/04
                                                                NO. 6375  P. 2

Account No. ___71004188___

## PENSON FINANCIAL SERVICES, INCORPORATED
### AND/OR BROKER DEALERS FOR WHICH IT CLEARS

## CORPORATE ACCOUNT
### (AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES
### AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES)

I, DEVIN BOSCH_____, being the Secretary of Group Communications, Inc. hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the ___26th___ day of __JULY 2007__ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED, That the President, Vice President, Treasurer, or __SECRETARY_____, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money; securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| President: | Name: DEVIN BOSCH | | Signature: X | | Sole signer |
|---|---|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | 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 | ID # | A3560474 | |
| | ID Type: CA Drivers Lic. | Expiration Date: 8/17/2009 | Issued By: CA DMV | Issue Date: 10/6/2004 | |

| Vice President: | Name: N/A | | Signature: | | |
|---|---|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | | ID # | | |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: | |

| Treasurer: | Name: DEVIN BOSCH | | Signature: X | | Sole signer |
|---|---|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | 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 | ID # | A3560474 | |
| | ID Type: CA Drivers Lic. | Expiration Date: 8/17/2009 | Issued By: CA DMV | Issue Date: 10/6/2004 | |

| Secretary: | Name: DEVIN BOSCH | | Signature: X | | Sole Signer |
|---|---|---|---|---|---|
| | SSN, Fed ID, Cedula, NIT# | 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 | ID # | A3560474 | |
| | ID Type: CA Drivers Lic. | Expiration Date: 8/17/2009 | Issued By: CA DMV | Issue Date: 10/6/2004 | |

Revised 10-03
Corporate Account Agreement

SIGNATURE GUARANTEE
MEDALLION GUARANTEE
PENSON FINANCIAL
SERVICES, INC.
AUTHORIZED SIGNATURE
X9003671
(20) SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

## EXHIBIT
## K