AUG. 14. 2007  3:46PM   WTFCorp San Diego                              NO. 6567   P. 5
07/26/2007  11:01   4153327201           CAPITAL GROUP COMMUC                 PAGE  04/04
      JUL. 26. 2007  11:30AM   WTFCorp San Diego                           NO. 6375   P. 3

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or power of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons theretofore authorized, and to empower the person thereby substituted.

The Corporation is formed to engage in the business of __any lawful activity__ and represents that it is not a commodity pool operator. The Corporation is incorporated in __CALIFORNIA__ and has its principal place of business in __CALIFORNIA__.
   Name of jurisdiction                         Name of jurisdiction

As defined in Section 5318(j) of Title 31 United States Code, the Corporation is a shell bank: YES ☐ NO ☑; or a business offering services to a shell bank: YES ☐ NO ☑; or a foreign bank: YES ☐ NO ☑. If so please complete and return the Certification Regarding Correspondents Accounts.

IN WITNESS WHEREOF, I have hereunto affixed my hand this __26th__ day of __JULY__, 20__07__.

SEAL

_____(X)_____                          _____(X)_____
(If no seal, certify that there is no seal)      Secretary (or officer authorized to act)
Devin Bosch – Sole Signer                        Devin Bosch – sole Signer

Revised 10-03
Corporate Account Agreement

