The Depository Trust Company  
A subsidiary of  
The Depository Trust & Clearing Corporation  

STS ID-7229607000112  PG 02   CUSTOMER  PLA  
STOCK  
ISSUE DATE  / /   RDS DEP - PEG  2900921  
Copy 1 - RETAINED BY T.A.

**SHIPMENT CONTROL LIST**

| TRANSFER AGENT NAME | CUSIP NUMBER | DATE | T.A. NO. | RGN ACY | CKD |
|---|---|---|---|---|---|
| COLONIAL STOCK TRANS OUT | 38349D-10-1 | 08/17/07 | 2647 | DEP. | 2 |

| LINE I.D. | DTC USE | PARTICIPANT | QUANTITY | VALUE |
|---|---|---|---|---|
| 1 | 607 | 234 | 1,688,989.00000 | 1,688,989 |
| 1X | 1111 SCL | TOTALS PRESENTED | 1,688,989.00000 | $1,688,989 |
|  |  | REJECTED  ACCEPTED |  |  |

\*\*\* BONDS ARE NOW REPORTED IN UNITS OF A DOLLAR (1=$1) \*\*\*

08/17/07

TRANSFER AGENT: ALL MAILED TRANSFERS SHOULD BE RETURNED WITH COPY #3 OF THIS FORM TO THE DEPOSITORY TRUST COMPANY, P.O. BOX 222, BOWLING GREEN STATION, NEW YORK, N.Y. 10274. THE POSSESSION OF THIS DOCUMENT SHALL BE DEEMED TO BE AN ACKNOWLEDGMENT OF THE RECEIPT BY THE DEPOSITORY TRUST COMPANY OF THE SECURITIES DESCRIBED ABOVE. INQUIRIES - CALL 1-212-855-8694

| CUSIP NUMBER | SECURITY DESCRIPTION | SCL. NO. | TOTAL |
|---|---|---|---|
| 38349D-10-1 | GOTTAPLAY INTERACT*+ | 7229607000112 | 1688989.00000 |

07229300029



M 0 0 2 7 0 7 4 1

INSTRUCTIONS  
Write Firmly and Legibly:  
1. CALCULATE FEES DUE YOU.  
2. FILL IN ATTACHED DRAFT-DOLLAR AMOUNT IN WORDS AND FIGURES, AND ALSO NUMBER OF CHARGEABLE CERTIFICATES ISSUED AND CANCELLED.  
3. DETACH AND PRESENT FOR PAYMENT.

THE DEPOSITORY TRUST COMPANY  
55 WATER STREET  NEW YORK, NEW YORK 10041-0099    62-22 / 311

**DRAFT NO. M00270741**

PAY TO THE ORDER OF:  
COLONIAL STOCK TRANSFER  
66 EXCHANGE PLACE  
SALT LAKE CITY   UT  84111

DATE 08/17/07   AMOUNT (IN FIGURES) $

22 STS ID-7229607000112 02

38349101 GOTTAPLAY INTERACT*+  25.00  
VOID 60 DAYS AFTER ABOVE DATE  
DOLLARS (IN WORDS)

IF FEE EXCEEDS $1,000 CALL  
TRANSFER OPERATIONS DEPT.  
(212) 855-5043  
THE BANK WILL NOT HONOR CHECKS IN EXCESS OF $1,000