MICHAEL F. DONNER (SBN 155944)
JONATHAN E. SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:   (415) 981-0550
Facsimile:    (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS,
INC., a California corporation

JOHN R. MAYER (SBN 197765)
2550 5th Avenue, Suite 520
San Diego, California 92103
Telephone:   (619) 794-2651
Facsimile:    (619) 794-2653
john@johnrmayer.com

Attorneys for Defendants
GOTTAPLAY INTERACTIVE, INC., a Nevada
Corporation, JOHN P. GORST, an individual,
MARK H. LEVIN, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-03632-EMC<br><br>Related Case No. C-07-4470-EMC<br><br>**STIPULATION EXTENDING DEADLINES FOR JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES, AND OPPOSITION TO MOTION TO DISMISS** |

WHEREAS, the parties wish to extend certain deadlines in the above-captioned matter based on pending settlement discussions.

THEREFORE, the parties hereby stipulate that:

(1) the joint case management statement shall be filed on **October 19, 2007**;

(2) the parties shall make their initial disclosures no later than **October 19, 2007**; and

(3) the deadline for Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin to file an opposition to the motion by Capital Group Communications, Inc. and Devin Bosch to dismiss Gottaplay's counterclaim for failure to state a claim and motion to strike affirmative defenses shall be extended to **October 19, 2007**.

IT IS SO STIPULATED.

Dated: October 12, 2007          JOHN R. MAYER, APLC

By: _____/s/_____
John R. Mayer
Attorneys for Defendants
GOTTAPLAY INTERACTIVE, INC., a Nevada Corporation, JOHN P. GORST, an individual, MARK H. LEVIN, an individual

Dated: October 12, 2007          STEIN & LUBIN LLP

By: _____/s/_____
Michael F. Donner
Jonathan E. Sommer
Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC., a California corporation

IT IS SO ORDERED.

Dated: _____          _____
JUDGE OF THE U.S. DISTRICT COURT