1   MICHAEL F. DONNER (SBN 155944)
    JONATHAN E. SOMMER (SBN 209179)
2   STEIN & LUBIN LLP
    The Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, California  94111
4   Telephone:     (415) 981-0550
    Facsimile:      (415) 981-4343
5   mdonner@steinlubin.com
    jsommer@steinlubin.com
6
    Attorneys for CAPITAL GROUP
7   COMMUNICATIONS, INC. and DEVIN BOSCH

8   JOHN R. MAYER (SBN 197765)
    2550 5th Avenue, Suite 520
9   San Diego, California 92103
    Telephone:     (619) 794-2651
10  Facsimile:      (619) 794-2653
    john@johnrmayer.com
11
    Attorneys for GOTTAPLAY INTERACTIVE, INC.,
12  JOHN P. GORST and MARK H. LEVIN

13  JAMES M. BARRETT (SBN 190274)
    789 Castro Street
14  Mountain View, California 94041
    Telephone:     (650) 969-3687
15  Facsimile:      (650) 969-3699
    jb@jamesbarrettlaw.com
16
    Attorneys for COLONIAL STOCK TRANSFER CO.
17

18                  UNITED STATES DISTRICT COURT

19              FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                     SAN FRANCISCO DIVISION

21

22  CAPITAL GROUP COMMUNICATIONS,        Case No. C-07-3632-EMC
    INC.
                                         Related Case No. C-07-4470 EMC
              Plaintiff,
23                                       
    v.                                   **STIPULATION FOR REFERENCE TO
24                                        EXPEDITED MEDIATION UNDER ADR
    GOTTAPLAY INTERACTIVE, INC., JOHN     LOCAL RULE 6-2 AND PROPOSED
    P. GORST and MARK H. LEVIN, et al.    ORDER**
25
              Defendants.
26

27  AND RELATED COUNTERCLAIM.

28

16010002/357070v2

1   WHEREAS, two related actions are pending before this Court, *Capital Group*
2   *Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and
3   *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC
4   (collectively, the "Actions")

5   WHEREAS, various motions are pending and set to be heard by the Court in the
6   next few weeks, including Capital Group's Motion for Issuance of Preliminary Injunction
7   (October 24, 2007 at 3 p.m.); (2) Colonial's Motion For Discharge and Capital Group's Cross-
8   Motion to Dismiss Interpleader Action (October 24, 2007 at 3 p.m.); and (3) Capital Group's
9   Motion to Dismiss Gottaplay's Counterclaims For Failure to State a Claim and Motion to Strike
10  Affirmative Defenses (November 7, 2007 at 10:30 a.m.).

11  WHEREAS, the parties have agreed to participate in a mediation through the
12  Court's ADR Program under ADR Local Rule 6 prior to the October 24, 2007 motion hearings.

13  WHEREAS, the parties have contacted the Director of the Court's ADR Program
14  about the Court's mediation program and selected four alternative mediators from the Court's
15  approved list.

16  WHEREAS, the parties believe that they might be able to resolve their dispute if
17  the Court referred the Actions to an expedited mediation to be completed before October 24,
18  2007.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties hereby jointly request through this Stipulation that the Court refer the Actions to an expedited mediation to be completed before October 24, 2007 under ADR Local Rule 6.

Dated: October 5, 2007                    LAW OFFICES OF JAMES M. BARRETT


By:  _____/s/_____
     JAMES M. BARRETT
     Attorneys for Attorneys for COLONIAL STOCK
     TRANSFER CO.

Dated: October 5, 2007                    LAW OFFICES OF JOHN R. MAYER


By:  _____/s/_____
     JOHN R. MAYER
     Attorneys for GOTTAPLAY INTERACTIVE,
     INC., JOHN P. GORST and MARK H. LEVIN

Dated: October 5, 2007                    STEIN & LUBIN LLP


By:  _____/s/_____
     MICHAEL F. DONNER
     Attorneys for CAPITAL GROUP
     COMMUNICATIONS, INC. and DEVIN BOSCH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**ORDER**</u>

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that the related actions, *Capital Group Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC, are hereby referred to an mediation through the Court's ADR Program pursuant to under ADR Local Rule 6. The mediation shall be completed before October 24, 2007. The parties shall advise the Court prior to that date whether a settlement has been reached at the mediation.

**IT IS SO ORDERED**.

Dated: _____    October 16, 2007

_____
MAGISTRATE JUDGE EDWARD M. CHEN



STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER