1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for CAPITAL GROUP
7  COMMUNICATIONS, INC. and DEVIN BOSCH

8  JOHN R. MAYER (SBN 197765)
   2550 5th Avenue, Suite 520
9  San Diego, California 92103
   Telephone:    (619) 794-2651
10 Facsimile:    (619) 794-2653
   john@johnrmayer.com
11
   Attorneys for GOTTAPLAY INTERACTIVE, INC.,
12 JOHN P. GORST and MARK H. LEVIN

13 JAMES M. BARRETT (SBN 190274)
   789 Castro Street
14 Mountain View, California 94041
   Telephone:    (650) 969-3687
15 Facsimile:    (650) 969-3699
   jb@jamesbarrettlaw.com
16
   Attorneys for COLONIAL STOCK TRANSFER CO.
17

18              UNITED STATES DISTRICT COURT

19         FOR THE NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21

| | |
|---|---|
| 22 CAPITAL GROUP COMMUNICATIONS, INC. | Case No. C-07-3632-EMC |
| 23                    Plaintiff,<br>v. | Related Case No. C-07-4470 EMC |
| 24 GOTTAPLAY INTERACTIVE, INC., JOHN P. GORST and MARK H. LEVIN, et al. | **STIPULATION FOR REFERENCE TO EXPEDITED MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER** |
| 25                    Defendants. | |
| 26 | |
| 27 AND RELATED COUNTERCLAIM. | |

28

16010002/357070v2

1    WHEREAS, two related actions are pending before this Court, *Capital Group*
2    *Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and
3    *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC
4    (collectively, the "Actions")
5    WHEREAS, various motions are pending and set to be heard by the Court in the
6    next few weeks, including Capital Group's Motion for Issuance of Preliminary Injunction
7    (October 24, 2007 at 3 p.m.); (2) Colonial's Motion For Discharge and Capital Group's Cross-
8    Motion to Dismiss Interpleader Action (October 24, 2007 at 3 p.m.); and (3) Capital Group's
9    Motion to Dismiss Gottaplay's Counterclaims For Failure to State a Claim and Motion to Strike
10    Affirmative Defenses (November 7, 2007 at 10:30 a.m.)
11    WHEREAS, the parties have agreed to participate in a mediation through the
12    Court's ADR Program under ADR Local Rule 6 prior to the October 24, 2007 motion hearings.
13    WHEREAS, the parties have contacted the Director of the Court's ADR Program
14    about the Court's mediation program and selected four alternative mediators from the Court's
15    approved list.
16    WHEREAS, the parties believe that they might be able to resolve their dispute if
17    the Court referred the Actions to an expedited mediation to be completed before October 24,
18    2007.
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER

1          The parties hereby jointly request through this Stipulation that the Court refer the

2    Actions to an expedited mediation to be completed before October 24, 2007 under ADR Local

3    Rule 6.

4    Dated: October 5, 2007           LAW OFFICES OF JAMES M. BARRETT

5

6                               By: _____/s/_____
                               JAMES M. BARRETT

7                                   Attorneys for Attorneys for COLONIAL STOCK
                               TRANSFER CO.

8    Dated: October 5, 2007           LAW OFFICES OF JOHN R. MAYER

9

10                              By: _____/s/_____
                               JOHN R. MAYER

11                                  Attorneys for GOTTAPLAY INTERACTIVE,
                               INC., JOHN P. GORST and MARK H. LEVIN

12   Dated: October 5, 2007           STEIN & LUBIN LLP

13

14                              By: _____/s/_____
                               MICHAEL F. DONNER

15                                  Attorneys for CAPITAL GROUP
                               COMMUNICATIONS, INC. and DEVIN BOSCH

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that the related actions, *Capital Group Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC, are hereby referred to an mediation through the Court's ADR Program pursuant to under ADR Local Rule 6. The mediation shall be completed before October 24, 2007. The parties shall advise the Court prior to that date whether a settlement has been reached at the mediation.

**IT IS SO ORDERED**.

Dated: _____  October 16, 2007

MAGISTRATE _____ M. CHEN



STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER