# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Capital Group Communications Inc, | 07-03632 EMC MED |
| Plaintiff(s), | and related case |
| v. | 07-04470 EMC MED |
| Gottaplay Interactive Inc, | **Notice of Appointment of Mediator** |
| Defendant(s). | |
| AND RELATED COUNTERCLAIM. | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Daniel J. Bergeson**
Bergeson LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
408-291-6200

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediation session is scheduled for Monday, October 22, 2007 at 9:00 a.m. in the Mediator's office.

**Notice of Appointment of Mediator**
07-03632 EMC MED
and related case 07-04470 EMC MED         - 1 -

United States District Court
Northern District of California

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall <u>NOT</u> be filed with the court.

Dated: October 16, 2007

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03632 EMC MED
and related case 07-04470 EMC MED     - 2 -

United States District Court
Northern District of California