MICHAEL F. DONNER (SBN 155944)
JONATHAN E. SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343

Attorneys for Plaintiff/Counter-Defendant CAPITAL GROUP COMMUNICATIONS, INC. and Counter-Defendant DEVIN J. BOSCH

JOHN R. MAYER (SBN 197765)
JOHN R. MAYER, APLC
2550 Fifth Avenue
San Diego, California 92103
Telephone:    (619) 794-2651
Facsimile:    (619) 794-2653

Attorneys for Defendant/Counter-Claimant GOTTAPLAY INTERACTIVE, INC., and Defendants JOHN P. GORST and MARK H. LEVIN

JAMES M. BARRETT (SBN 190274)
LAW OFFICE OF JAMES M. BARRETT
789 Castro Street
Mountain View, CA 94041
Telephone:    (650) 969-3687
Facsimile:    (650) 969-3699

Attorneys for Plaintiff in Related Case COLONIAL STOCK TRANSFER COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive,<br><br>        Defendants.<br><br>AND RELATED ACTION | Case No. C-07-3632-EMC<br><br>Related Case No. C-07-4470 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 664.6** |

1    WHEREAS Plaintiff/Counter-Defendant Capital Group Communications, Inc. and
2    Counter-Defendant Devin J. Bosch, and Defendants/Counter-Claimants Gottaplay Interactive,
3    Inc. and Defendants John P. Gorst and Mark H. Levin, in Case No. C-07-3632 EMC; and Plaintiff
4    Colonial Stock Transfer and Defendants Capital Group Communications, Inc. and Gottaplay
5    Interactive, Inc. in the related action, Case No. C-07-4470 EMC (collectively, the "parties"),
6    entered into the written "Settlement and Mutual General Release Agreement" effective on
7    October 17, 2007 (the "Settlement Agreement") to settle fully and finally any and all disputes
8    between them, including those arising out of the claims and defenses asserted in this action and
9    the related action;

10   WHEREAS the parties agreed to dismiss the above-referenced action and related
11   action with prejudice, including all claims and counterclaims by any party;

12   WHEREAS the parties further agreed to seek an order from this Court by which it
13   will retain continuing and exclusive jurisdiction to adjudicate any disputes arising out of or
14   relating in any way to the interpretation or enforcement of the Settlement Agreement; and

15   WHEREAS the parties further agreed that this Court could resolve any such
16   disputes by noticed motion under California Code of Civil Procedure 664.6;

17   The parties hereby stipulate as follows:

18   1.   Cases Nos. C-07-3632 EMC and C-07-4470 EMC are dismissed with
19   prejudice;

20   2.   The Court expressly retains continuing and exclusive jurisdiction to
21   adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement
22   of the Settlement Agreement;
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

3. The parties may apply to the Court by noticed motion under California Code of Civil Procedure 664.6 to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the Settlement Agreement.

4. The Clerk of the Court shall return Stock Certificate No. 1064, which was interpleaded into the Court's registry in the related action, Case No. C-07-4470, to Colonial Stock Transfer.


Dated: October 17, 2007                JOHN R. MAYER, APLC

                                       By: /s/ _____
                                       John R. Mayer
                                       Attorneys for Defendant/Counter-Claimant
                                       GOTTAPLAY INTERACTIVE, INC., and
                                       Defendants JOHN P. GORST and MARK H.
                                       LEVIN


Dated: October 17, 2007                STEIN & LUBIN LLP

                                       By: /s/ _____
                                       Michael F. Donner
                                       Attorneys for Plaintiff/Counter-Defendant
                                       CAPITAL GROUP COMMUNICATIONS, INC.
                                       and Counter-Defendant DEVIN J. BOSCH


Dated: October 17, 2007                JAMES M. BARRETT

                                       By: /s/ _____
                                       James M. Barrett
                                       Attorneys for Plaintiff in Related Case
                                       COLONIAL STOCK TRANSFER COMPANY,
                                       INC.

## ORDER

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that:

1. Cases Nos. C-07-3632 EMC and C-07-4470 EMC are DISMISSED WITH PREJUDICE.

2. The Court expressly retains continuing and exclusive jurisdiction over Cases Nos. C-07-3632 EMC and C-07-4470 EMC after their dismissals to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the parties' October 17, 2007 written "Settlement and Mutual General Release Agreement" (the "Settlement Agreement"). The Court incorporates the terms of the Settlement Agreement into this Order.

3. The parties may apply to the Court by noticed motion under California Code of Civil Procedure 664.6 to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the Settlement Agreement. Any ruling rendered by the Court in connection with such a proceeding can be converted by the Court into a final judgment.

4. The Clerk of the Court shall return Stock Certificate No. 1064, which was interpleaded into the Court's registry in the related action, Case No. C-07-4470, to Colonial Stock Transfer.

**IT IS SO ORDERED.**

Dated: _____     _____
MAGISTRATE JUDGE EDWARD M. CHEN