1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS,
   INC., a California corporation
8
   JOHN R. MAYER (SBN 197765)
9  2550 5th Avenue, Suite 520
   San Diego, California 92103
10 Telephone:   (619) 794-2651
   Facsimile:   (619) 794-2653
11 john@johnrmayer.com

12 Attorneys for Defendants
   GOTTAPLAY INTERACTIVE, INC., a Nevada
13 Corporation, JOHN P. GORST, an individual,
   MARK H. LEVIN, an individual
14

15                   UNITED STATES DISTRICT COURT

16             FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19 | CAPITAL GROUP COMMUNICATIONS, | Case No. C-07-03632-EMC
   | INC., a California corporation, |
20 | | Related Case No. C-07-4470-EMC
   | Plaintiff, |
21 | |
   | v. | **STIPULATION EXTENDING**
22 | | **DEADLINES FOR JOINT CASE**
   | GOTTAPLAY INTERACTIVE, INC., a | **MANAGEMENT STATEMENT, INITIAL**
23 | Nevada corporation; JOHN P. GORST, an | **DISCLOSURES, AND OPPOSITION TO**
   | individual; MARK H. LEVIN, an individual; | **MOTION TO DISMISS**  ;  ᴏᴿᴅᴇᴿ
24 | and DOES 1-50, inclusive, |
25 | Defendants. |
26
   | AND RELATED COUNTERCLAIM. |
27
28

STIP EXTENDING DEADLINES FOR JT CASE MAN STATEMENT, INIT DISCL. & OPP TO MTD          07-03632-EMC

1  WHEREAS, the parties wish to extend certain deadlines in the above-captioned
2  matter based on pending settlement discussions.
3  THEREFORE, the parties hereby stipulate that:
4  (1) the joint case management statement shall be filed on **October 19, 2007**;
5  (2) the parties shall make their initial disclosures no later than **October 19, 2007**;
6  and
7  (3) the deadline for Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin
8  to file an opposition to the motion by Capital Group Communications, Inc. and Devin Bosch to
9  dismiss Gottaplay's counterclaim for failure to state a claim and motion to strike affirmative
10 defenses shall be extended to **October 19, 2007**. Reply to be filed by Oct. 26, 2007.
11 IT IS SO STIPULATED.
12 Dated: October 12, 2007                    JOHN R. MAYER, APLC
13
14                                            By:    /s/
                                                   John R. Mayer
15                                                 Attorneys for Defendants
                                                   GOTTAPLAY INTERACTIVE, INC., a Nevada
16                                                 Corporation, JOHN P. GORST, an individual,
                                                   MARK H. LEVIN, an individual
17 Dated: October 12, 2007                    STEIN & LUBIN LLP
18
19                                            By:    /s/
                                                   Michael F. Donner
20                                                 Jonathan E. Sommer
                                                   Attorneys for Plaintiff
21                                                 CAPITAL GROUP COMMUNICATIONS, INC.,
                                                   a California corporation
22
23 IT IS SO ORDERED.
24 Dated: Oct 19, 2007
25                                            JUDGE OF THE U.S. DISTRICT COURT
26
27
28

STIP EXTENDING DEADLINES FOR JT CASE MAN STATEMENT, INIT DISCL, & OPP TO MTD        07-03632-EMC