```
 1  MICHAEL F. DONNER (SBN 155944)
    JONATHAN E. SOMMER (SBN 209179)
 2  STEIN & LUBIN LLP
    The Transamerica Pyramid
 3  600 Montgomery Street, 14th Floor
    San Francisco, California 94111
 4  Telephone:  (415) 981-0550
    Facsimile:  (415) 981-4343
 5
    Attorneys for Plaintiff/Counter-Defendant CAPITAL GROUP COMMUNICATIONS, INC.
 6  and Counter-Defendant DEVIN J. BOSCH

 7  JOHN R. MAYER (SBN 197765)
    JOHN R. MAYER, APLC
 8  2550 Fifth Avenue
    San Diego, California 92103
 9  Telephone:  (619) 794-2651
    Facsimile:  (619) 794-2653
10
    Attorneys for Defendant/Counter-Claimant GOTTAPLAY INTERACTIVE, INC., and
11  Defendants JOHN P. GORST and MARK H. LEVIN

12  JAMES M. BARRETT (SBN 190274)
    LAW OFFICE OF JAMES M. BARRETT
13  789 Castro Street
    Mountain View, CA 94041
14  Telephone:  (650) 969-3687
    Facsimile:  (650) 969-3699
15
    Attorneys for Plaintiff in Related Case COLONIAL STOCK TRANSFER COMPANY, INC.
16
                        UNITED STATES DISTRICT COURT
17
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                            SAN FRANCISCO DIVISION
19
```

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTION | Case No. C-07-3632-EMC<br><br>Related Case No. C-07-4470 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 664.6** |

STIPULATION OF DISMISSAL AND RESERVATION OF JURISDICTION

1   WHEREAS Plaintiff/Counter-Defendant Capital Group Communications, Inc. and Counter-Defendant Devin J. Bosch, and Defendants/Counter-Claimants Gottaplay Interactive, Inc. and Defendants John P. Gorst and Mark H. Levin, in Case No. C-07-3632 EMC; and Plaintiff Colonial Stock Transfer and Defendants Capital Group Communications, Inc. and Gottaplay Interactive, Inc. in the related action, Case No. C-07-4470 EMC (collectively, the "parties"), entered into the written "Settlement and Mutual General Release Agreement" effective on October 17, 2007 (the "Settlement Agreement") to settle fully and finally any and all disputes between them, including those arising out of the claims and defenses asserted in this action and the related action;

WHEREAS the parties agreed to dismiss the above-referenced action and related action with prejudice, including all claims and counterclaims by any party;

WHEREAS the parties further agreed to seek an order from this Court by which it will retain continuing and exclusive jurisdiction to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the Settlement Agreement; and

WHEREAS the parties further agreed that this Court could resolve any such disputes by noticed motion under California Code of Civil Procedure 664.6;

The parties hereby stipulate as follows:

1.  Cases Nos. C-07-3632 EMC and C-07-4470 EMC are dismissed with prejudice;

2.  The Court expressly retains continuing and exclusive jurisdiction to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the Settlement Agreement;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3. The parties may apply to the Court by noticed motion under California Code of Civil Procedure 664.6 to adjudicate any disputes arising out of or relating in any way to the interpretation or enforcement of the Settlement Agreement.

4. The Clerk of the Court shall return Stock Certificate No. 1064, which was interpleaded into the Court's registry in the related action, Case No. C-07-4470, to Colonial Stock Transfer.

Dated: October 17, 2007            JOHN R. MAYER, APLC

By: /s/
John R. Mayer
Attorneys for Defendant/Counter-Claimant
GOTTAPLAY INTERACTIVE, INC., and
Defendants JOHN P. GORST and MARK H.
LEVIN

Dated: October 17, 2007            STEIN & LUBIN LLP

By: /s/
Michael F. Donner
Attorneys for Plaintiff/Counter-Defendant
CAPITAL GROUP COMMUNICATIONS, INC.
and Counter-Defendant DEVIN J. BOSCH

Dated: October 17, 2007            JAMES M. BARRETT

By: /s/
James M. Barrett
Attorneys for Plaintiff in Related Case
COLONIAL STOCK TRANSFER COMPANY,
INC.

Case No. C-07-03632-EMC

STIPULATION OF DISMISSAL AND RESERVATION OF JURISDICTION

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its |
| 3   | entirety and that: |
| 4   | 1. Cases Nos. C-07-3632 EMC and C-07-4470 EMC are DISMISSED WITH |
| 5   | PREJUDICE. |
| 6   | 2. The Court expressly retains continuing and exclusive jurisdiction over |
| 7   | Cases Nos. C-07-3632 EMC and C-07-4470 EMC after their dismissals to adjudicate any disputes |
| 8   | arising out of or relating in any way to the interpretation or enforcement of the parties' October |
| 9   | 17, 2007 written "Settlement and Mutual General Release Agreement" (the "Settlement |
| 10  | Agreement"). The Court incorporates the terms of the Settlement Agreement into this Order. |
| 11  | 3. The parties may apply to the Court by noticed motion under California |
| 12  | Code of Civil Procedure 664.6 to adjudicate any disputes arising out of or relating in any way to |
| 13  | the interpretation or enforcement of the Settlement Agreement. Any ruling rendered by the Court |
| 14  | in connection with such a proceeding can be converted by the Court into a final judgment. |
| 15  | 4. The Clerk of the Court shall return Stock Certificate No. 1064, which was |
| 16  | interpleaded into the Court's registry in the related action, Case No. C-07-4470, to Colonial Stock |
| 17  | Transfer. |
| 18  | **IT IS SO ORDERED.** |
| 19  |     |
| 20  | Dated: October 22, 2007  _____ |
| 21  |                                              MAGISTRATE JUDGE EDWARD M. CHEN |



Case No. C-07-03632-EMC

STIPULATION OF DISMISSAL AND RESERVATION OF JURISDICTION